No. 04–6384. MARTINEZ-HUITRON v. UNITED STATES; MARTINEZ-SANCHEZ v. UNITED STATES; MIRELES-TORRES v. UNITED STATES; ORDUNA-OCHOA v. UNITED STATES; OSORIO DE

KEITH, AKA KEITH, AKA GONZALEZ, AKA GONZALEZ DE GOMEZ *v.* UNITED STATES; RAMOS-PENA *v.* UNITED STATES; ROJAS-MONDRAGON *v.* UNITED STATES; VALDEZ-ORTIZ *v.* UNITED STATES; and ZAPATA-IBARRA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.